Alan J. Thayer, Jr., OSB No. 853428
INNOVATIVE LAW GROUP
P.O. Box 1268
Eugene, OR 97440
(541) 345-2325
alan@thinkilg.com

Jonathan T. Suder (pro hac vice)
Glenn S. Orman (pro hac vice)
Richard A. Wojcio, Jr. (pro hac vice)
FRIEDMAN, SUDER & COOKE
604 E. Fourth Street, Suite 200
Fort Worth, TX 76102
T: (817) 334-0400
F: (817) 334-0401
jts@fsclaw.com
orman@fsclaw.com
wojcio@fsclaw.com

ATTORNEYS FOR PLAINTIFF
ADASA INC

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | | |
|---|---|---|
| ADASA INC., | § | Case No.: 6:17-cv-01685-MK |
| | § | |
| Plaintiff, | § | **JOINT AMENDED PROPOSED** |
| | § | **VERDICT FORM** |
| v. | § | |
| | § | |
| AVERY DENNISON CORPORATION, | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |

Pursuant to the Court's Trial Management Order (ECF No. 286), the parties hereby submit the following amended jointly proposed verdict form. While the proposed verdict form is being submitted jointly and in an agreed form, the parties reserve the right to individually seek modification based on the evidence presented during trial.

<u>**VERDICT FORM**</u>[1]

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

---

[1] Model Patent Jury Instructions for the Northern District of California (updated January 2018).

## I.    INFRINGEMENT

**QUESTION 1:**    Has ADASA proven by a preponderance of the evidence that Avery Dennison's Commissioning Authority tags literally infringe Claim 1 of the '967 Patent?

*A "YES" is a finding in favor of ADASA, a "NO" is a finding in favor of Avery Dennison.*[2]

**CLAIM 1**:    **YES** _____    **NO** _____

**QUESTION 2:**    Has ADASA proven by a preponderance of the evidence that Avery Dennison's Commissioning Authority tags infringe Claim 1 of the '967 Patent via the doctrine of equivalence?

*A "YES" is a finding in favor of ADASA, a "NO" is a finding in favor of Avery Dennison.*[3]

**CLAIM 1**:    **YES** _____    **NO** _____

---

[2] Adapted from Verdict Form in *Finjan, Inc. v. Sophos, Inc*., Case No. 14-cv-01197-WHO.
[3] Adapted from Verdict Form in *Finjan, Inc. v. Sophos, Inc*., Case No. 14-cv-01197-WHO.

## II.  **DAMAGES**

**QUESTION 3:**    What amount has ADASA proven by a preponderance of the evidence that it is entitled to recover as a reasonable royalty compensation for Avery Dennison's infringement?[4]

*Include Commissioning Authority tags in this calculation only if you answered YES to Questions 1 or 2.*

Running Royalty:

(_____ + _____) x $_____ = $_____

| [Total # of PCTag tags] | [Total # of Commissioning Authority tags] | [Royalty amount per RFID Tag] | [Total Reasonable Royalty for RFID Tags for the time period October 24, 2017 through March 31, 2021] |

---

[4] Adapted from Model Patent Jury Instructions for the Northern District of California (updated January 2018).

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Courtroom Deputy that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Date:                                   By: _____

Presiding Juror

DATED: May 3, 2021   Respectfully submitted,

By: */s/ Glenn S. Orman*

Alan J. Thayer, Jr., OSB No 853,428
Innovative Law Group
P.O. Box 1268
Eugene, Oregon 97440
(541) 345-2325
alan@thinkILG.com

Jonathan T. Suder (*pro hac vice*)
Glenn S. Orman (*pro hac vice*)
Richard A. Wojcio, Jr. (*pro hac vice*)
FRIEDMAN, SUDER & COOKE
604 E. Fourth Street, Suite 200
Fort Worth, TX 76102
(817) 334-0400 / (817) 334-0401 fax
jts@fsclaw.com
orman@fsclaw.com
wojcio@fsclaw.com

ATTORNEYS FOR PLAINTIFF ADASA INC.


By: */s/ Brenna K. Legaard*

Brenna K. Legaard, OSB #001658
Email: Brenna.Legaard@klgates.com
Elizabeth White, OSB #204729
Email: Elizabeth.White@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97204
Telephone: (503) 228-3200
Facsimile: (503) 248-9085

Katherine L. Allor (admitted *pro hac vice*)
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
katy.allor@klgates.com

**Attorneys for Defendant Avery Dennison Corporation**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 3rd of May, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Oregon, Eugene Division using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.


/s/ Glenn S. Orman