Alan J. Thayer, Jr., OSB No. 853428
INNOVATIVE LAW GROUP
P.O. Box 1268
Eugene, OR  97440
(541) 345-2325
alan@thinkilg.com

Jonathan T. Suder (pro hac vice)
Glenn S. Orman (pro hac vice)
Richard A. Wojcio, Jr. (pro hac vice)
FRIEDMAN, SUDER & COOKE
604 E. Fourth Street, Suite 200
Fort Worth, TX  76102
T:  (817) 334-0400
F:  (817) 334-0401
jts@fsclaw.com
orman@fsclaw.com
wojcio@fsclaw.com

ATTORNEYS FOR PLAINTIFF
ADASA INC

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | | |
|---|---|---|
| ADASA INC., | § | Case No.: 6:17-cv-01685-MK |
| Plaintiff, | § § | **THE PARTIES' PROPOSED STATEMENT OF THE CASE** |
| v. | § § | |
| AVERY DENNISON CORPORATION, | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § | |

This case is a patent infringement dispute between the Plaintiff ADASA Inc. and Defendant Avery Dennison Corporation. You will hear me and the parties refer to the plaintiff as ADASA and the defendant as Avery Dennison or Avery throughout this trial. ADASA is the owner of a United States Patent that protects an invention in the RFID technology space that ADASA has

1

accused Avery Dennison of using without its permission by selling certain RFID tags to its customers. I previously found that some of Avery Dennison's RFID tags do infringe ADASA's patent. You will be asked to determine, based on the evidence presented by both sides, whether an additional group of RFID tags infringes ADASA's patent.

ADASA seeks damages for the alleged unlawful use of its patent by Avery Dennison. The parties disagree about what damages are owed to ADASA, and you will be asked to determine what damages, if any, are appropriate.

DATED:  May 7, 2021

Respectfully submitted,

By: /s/ Glenn S. Orman

Alan J. Thayer, Jr., OSB No 853,428
Innovative Law Group
P.O. Box 1268
Eugene, Oregon 97440
(541) 345-2325
alan@thinkILG.com

Jonathan T. Suder (*pro hac vice*)
Glenn S. Orman (*pro hac vice*)
Richard A. Wojcio, Jr. (*pro hac vice*)
FRIEDMAN, SUDER & COOKE
604 E. Fourth Street, Suite 200
Fort Worth, TX  76102
(817) 334-0400
(817) 334-0401 fax
jts@fsclaw.com
orman@fsclaw.com
wojcio@fsclaw.com

ATTORNEYS FOR PLAINTIFF
ADASA INC.

DATED: May 7, 2021

Respectfully submitted,

K&L GATES LLP

By: /s/ *Brenna K. Legaard*

Brenna K. Legaard, OSB #001658
Email: Brenna.Legaard@klgates.com
Elizabeth White, OSB #204729
Email: Elizabeth.White@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97204
Telephone: (503) 228-3200
Facsimile: (503) 248-9085

Katherine L. Allor (admitted *pro hac vice*)
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
katy.allor@klgates.com

*Attorneys for Defendant Avery Dennison Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th of May, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Oregon, Eugene Division using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Glenn S. Orman