UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ADASA INC., | Case No.: 6:17-cv-01685-MK |
| Plaintiff, | VERDICT |
| v. | |
| AVERY DENNISON CORP., | |
| Defendant. | |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below. We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

I.  **INFRINGEMENT**

1. Has ADASA proven by a preponderance of the evidence that Avery Dennison's Commissioning Authority tags literally infringe Claim 1 of the '967 Patent?

    *A "YES" is a finding in favor of ADASA, a "NO" is a finding in favor of Avery Dennison.*

    CLAIM 1: Yes __X__   No _____

2. Has ADASA proven by a preponderance of the evidence that Avery Dennison's Commissioning Authority tags infringe Claim 1 of the '967 Patent via the doctrine of equivalence?

    *A "YES" is a finding in favor of ADASA, a "NO" is a finding in favor of Avery Dennison.*

    CLAIM 1: Yes __X__   No _____

II. **DAMAGES**

3. What amount has ADASA proven by a preponderance of the evidence that it is entitled to recover as a reasonable royalty compensation for Avery Dennison's infringement?

    *Include Commissioning Authority tags in this calculation only if you answered YES to Questions 1 or 2.*

Running Royalty

__2,534,751,883__ x  $__0.0045__ = $__11,406,383.47__

[Total # of PCTag tags]   [Royalty Amount per RFID tag]   [Total reasonable royalty for RFID tags for the time period October 24, 2017 through March 31, 2021]

__3,385,665,173__ x  $__0.0045__ = $__15,235,493.28__

[Total # of Commissioning Authority tags]   [Royalty Amount per RFID tag]   [Total reasonable royalty for RFID tags for the time period October 24, 2017 through March 31, 2021]

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Courtroom Deputy that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Date: May 14, 2021

███████████████████
Presiding Juror's Signature