IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ADASA INC., <br><br> Plaintiff, <br><br> V. <br><br> AVERY DENNISON CORPORATION, <br><br> Defendant. | 6:17-cv-01685-MK <br><br> JUDGMENT |

Based on the record, judgment for Plaintiff.

Dated this 14th day of May 2021.

                                                                        s/ Mustafa T. Kasubhai
                                                                        MUSTAFA T. KASUBHAI (He / Him)
                                                                         United States Magistrate Judge