IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ADASA INC.,

|                                    | |
| ---------------------------------- | - |
|                        Plaintiff,  | |
|                                    | 6:17-cv-01685-MK |
| V.                                 | |
|                                    | JUDGMENT |
| AVERY DENNISON CORPORATION,        | |
|                        Defendant.  | |

Based on the record, judgment for Plaintiff.

Dated this 18th day of July 2023.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge