Alan J. Thayer, Jr., OSB No. 853428
INNOVATIVE LAW GROUP
P.O. Box 1268
Eugene, OR 97440
(541) 345-2325
alan@thinkilg.com

Jonathan T. Suder (*pro hac vice*)
Glenn S. Orman (*pro hac vice*)
Richard A. Wojcio, Jr. (*pro hac vice*)
FRIEDMAN, SUDER & COOKE
604 E. Fourth Street, Suite 200
Fort Worth, TX 76102
T: (817) 334-0400
F: (817) 334-0401
jts@fsclaw.com
orman@fsclaw.com
wojcio@fsclaw.com

ATTORNEYS FOR PLAINTIFF ADASA INC.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| ADASA INC.,<br><br>    Plaintiff,<br>    Counterclaim Defendant,<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>    Defendant,<br>    Counterclaimant. | Case No.: 6:17-cv-01685-MK<br><br>**UNOPPOSED STIPULATION OF SATISFACTION OF JUDGMENT** |

WHEREAS, on March 7, 2024, the Court entered the Amended Final Rule 58 Judgment ("Judgment," Dkt. 616) in favor of Plaintiff ADASA Inc. in the amount of $88,308,815.98;

WHEREAS, Defendant Avery Dennison Corp. and ADASA reached a settlement agreement by which the parties agree that Avery Dennison can and will fully and completely satisfy the Judgment by making a negotiated settlement payment to ADASA;

WHEREAS, as part of their settlement agreement, ADASA agreed to file this Stipulation of Satisfaction of Judgment two business days after Avery Dennison made the settlement payment;

WHEREAS, Avery Dennison made the settlement payment in accordance with the settlement agreement on April 26, 2024;

THEREFORE, ADASA, as judgment creditor, hereby acknowledges that Avery Dennison, as judgment debtor, has fully and completely satisfied the Judgment and is released therefrom, and under Local Rule 77-4, hereby authorizes the Clerk of the Court to enter a full and complete satisfaction of the Judgment on the docket.

DATED:  April 29, 2024

Respectfully submitted,

By:  */s/ Jonathan T. Suder*

Alan J. Thayer, Jr., OSB No 853,428
Innovative Law Group
P.O. Box 1268
Eugene, Oregon 97440
(541) 345-2325
alan@thinkILG.com

Jonathan T. Suder (*pro hac vice*)
Glenn S. Orman (*pro hac vice*)
Richard A. Wojcio, Jr. (*pro hac vice*)
FRIEDMAN, SUDER & COOKE
604 E. Fourth Street, Suite 200
Fort Worth, TX 76102
(817) 334-0400
(817) 334-0401 fax
jts@fsclaw.com
orman@fsclaw.com
wojcio@fsclaw.com

**ATTORNEYS FOR PLAINTIFF ADASA INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Oregon, Eugene Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Jonathan T. Suder